# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: Madison

County/Parrish: Dane

Related Cases:
US v. Noah A. Hodges (25-cr-87-wmc);
US v. Andre B. Morriss (25-cr-106-wmc); and
US v. Brittany B. Bobzien & Taylor A. Kilbey (25-cr-135-wmc)

**Related Case Information:**

Superseding ______ Docket Number ______

Same Defendant 25-cr-63-wmc New Defendant ______

Magistrate Judge Case Number 24-mj-69

Search Warrant Case Number ______

R 20 / R40 from District of ______

**Defendant information:**

Matter to be Sealed ______ Yes ✓ No

**Def. Name:** Anthony E. Hohenstein

**Alias Name:**

**City/State:** Oak Creek, WI

**Year of Birth:** 1989 Last 4 digits of SSN 9730

**Sex:** Male Race: White

**U.S. Attorney Information:**

STEVEN P. ANDERSON Bar #: ______

Interpreter: ✓ No ______ Yes List language and/or dialect: ______

**Location Status:**

Arrest Date: 11/14/25

______ Already in Federal Custody as of: ______ in ______

______ Already in State Custody

✓ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

______ **Petty**

______ **Misdemeanor**
______ Class A
______ Class B
______ Class C

✓ **Felony**

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 843(b) | Use of a Communication Facility to Facilitate a Federal Drug Felony | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

**Date:** Septembr 11, 2026 **Signature**/s/ STEVEN P. ANDERSON